1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS (Cal. Bar No. 101281)
   MAXWELL COLL (Cal. Bar No. 312651)
6  Assistant United States Attorney
   Asset Forfeiture Section
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2569/1785
9       Facsimile: (213) 894-0141
        E-mail: Victor.Rodgers@usdoj.gov
10              Maxwell.Coll@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-07077-FMO(PVCx) |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| $462,880.00 IN U.S. CURRENCY IN U.S. CURRENCY AND MISCELLANEOUS JEWLERY, | |
| Defendants. | |

1    NOTICE is hereby given that, pursuant to Fed. R. Civ. P.
2 41(a)(1)(A), plaintiff United States of America voluntarily dismisses
3 the above-captioned action.

4 Dated: March 7, 2022              TRACY L. WILKISON
                                    United States Attorney
5                                   SCOTT M. GARRANGER
                                    Assistant United States Attorney
6                                   Chief, Criminal Division
                                    JONATHAN GALATZAN
7                                   Assistant United States Attorney
                                    Chief, Asset Forfeiture Seztion
8

9                                         /s/
                                    VICTOR A. RODGERS
10                                  MAXWELL COLL
                                    Assistant United States Attorneys
11                                  Asset Forfeiture Section

12                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

2